McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN CARLOS ORDONEZ-GARAY, | 1:06-cv-01835 AWI SMS |
| Plaintiff, | |
| v. | |
| | **JOINT STIPULATION REGARDING GOVERNMENT'S ANSWER AND SCHEDULING CONFERENCE** |
| MICHAEL CHERTOFF, ET AL., | |
| District Director, US Citizenship & Immigration Services | |
| Defendants. | |

    This is an immigration case in which plaintiff challenges a delay in the processing of his Freedom of Information Act request and adjudication of his application to adjust status to that of lawful permanent resident. Defendants are unable to comply with the current deadline for the filing of the government's answer, as this case requires coordination between various government agencies. Accordingly, the parties agree to a 30-day extension of time for the government to file its answer, until March 15, 2006. As well, the parties request that the scheduling conference, currently scheduled for March 1, 2007, be accordingly rescheduled.

Dated: February 15, 2007　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　By:　　/s/Audrey Hemesath
　　　　　　　　　　　　　　　　　　　　　Audrey B. Hemesath
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　Attorneys for the Defendants

　　　　　　　　　　　　　　　　　　　　　/s/ Bruce Leichty
　　　　　　　　　　　　　　　　　　　　　Bruce Leichty
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the government's answer is due on March 15, 2007, and the status conference is rescheduled from March 1, 2007 to APRIL 12, 2007 at 9:30 a.m.

IT IS SO ORDERED.

**Dated:　February 22, 2007**　　　　　　　/s/ Sandra M. Snyder
icido3　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE