IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN CAROLS ORDONEZ-GARAY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, SECRETARY OF HOMELAND SECURITY, et al., <br><br> Defendants. | CV F 06-1835 AWI TAG <br><br> **AMENDED ORDER VACATING APRIL 30, 2007, DATE AND TAKING MOTION TO DISMISS UNDER SUBMISSION** |

Defendants have filed a motion to dismiss this action for lack of jurisdiction. On April 16, 2007, Plaintiffs filed an opposition. The court has reviewed the moving papers, the opposition, and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED:

1. The previously set hearing date of April 30, 2007, is VACATED, and no party shall appear at that time;

2. As of April 30, 2007, the court will take Defendants' motion under submission, and will thereafter issue its decision.

1  IT IS SO ORDERED.

2  **Dated:    April 25, 2007**                              **/s/ Anthony W. Ishii**
                                                          UNITED STATES DISTRICT JUDGE