# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN CARLOS ORDONEZ-GARAY and GLORIA ORDONEZ,<br><br>　　　　Plaintiffs,<br>　v.<br><br>MICHAEL CHERTOFF, SECRETARY OF HOMELAND SECURITY, et al.,<br><br>　　　　Defendants. | CV F 06-1835 AWI SMS<br><br>ORDER VACATING HEARING DATE OF AUGUST 27, 2007, AND TAKING MATTER UNDER SUBMISSION |

　　　Defendants noticed for hearing and decision a motion to dismiss. The matter was scheduled for hearing to be held on August 27, 2007. Pursuant to Local Rule 78-230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 27, 2007, is VACATED, and the parties shall not appear at that time. As of August 27, 2007, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　August 21, 2007　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE